# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Seibert, James E. | U.S. District Court, NDWV | 06/04/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

1125 Chapline Street
Wheeling, WV 26003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of Attorney | Checking Account |
| 2. | Advisory Committee | Wheeling Auto Club Fund of the Community Foundation for the Ohio Valley, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-Employed, Real Estate Agent |
| 2. | 2013 | First Choice Real Estate, LLC - Owner and Independent Contractor Realtor |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibert, James E. | 06/04/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Bank | JDS Investments, LLC - Guarantor of Note Secured by Deed of Trust | L |
| 2. | United Bank | JDS Investments, LLC - Guarantor of Note Secured by Deed of Trust | K |
| 3. | United Bank | James E Seibert - Note Secured by Deed of Trust | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibert, James E. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. United Bank Accounts | A | Interest | J | T | | | | | |
| 2. Main Street Bank Corp Accounts | A | Interest | K | T | | | | | |
| 3. United Bank - POA | A | Interest | J | T | | | | | |
| 4. First Choice Real Estate LLC | A | Interest | K | T | | | | | |
| 5. Brokerage SEP Account #1 | A | Dividend | J | T | | | | | |
| 6. - American Funds - Short- Term Bond Fund of America | | | | | | | | | |
| 7. Sun Life Assurance | A | Dividend | J | T | | | | | |
| 8. Sun Life Financial | A | Dividend | J | T | | | | | |
| 9. Guardian | A | Dividend | J | T | | | | | |
| 10. Guardian | A | Dividend | J | T | | | | | |
| 11. NML Insurance Co. | A | Dividend | J | T | | | | | |
| 12. NML Insurance Co. | A | Dividend | J | T | | | | | |
| 13. NML Insurance Co. | A | Dividend | J | T | | | | | |
| 14. NML Insurance Co. | A | Dividend | J | T | | | | | |
| 15. NML Insurance Co. | A | Dividend | J | T | | | | | |
| 16. NML Insurance Co. | A | Dividend | K | T | | | | | |
| 17. NML Insurance Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibert, James E. | 06/04/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NML Insurance Co. | A | Dividend | J | T | | | | | |
| 19. Main Street Bank CDs | A | Interest | J | T | | | | | |
| 20. Main Street Bank Stock | A | Dividend | J | T | | | | | |
| 21. Gold FR Rooster | | None | J | T | | | | | |
| 22. Silver Eagle | | None | J | T | | | | | |
| 23. Peregrine Pharmaceuticals | | None | J | T | | | | | |
| 24. Direct Online Marketing - Note Receivable | A | Interest | M | T | | | | | |
| 25. JDS Investments LLC - Rental property, Ohio County, WV | E | Rent | M | U | | | | | |
| 26. Prudential Advanced Series Apex II Annuity | | None | M | T | | | | | |
| 27. LPL Financial SEP IRA Retirement Account #2 | C | Int./Div. | | | Closed | 11/30/13 | M | | See note in Part VIII. |
| 28. Summit Brokerage Srvs Inc SEP Retirement Acct #2 (from LPL Finan) (X) | B | Int./Div. | M | T | Open | 12/01/13 | M | | See note in Part VIII. |
| 29. -JPMorgan US Government Money Market Fund | | | | | Sold | 11/30/13 | J | | |
| 30. -Pershing Prime Reserves Money Market Fund | | | | | Buy | 11/30/13 | K | | |
| 31. -BP PLC Spons Adr Common Stock | | | | | Buy | 05/23/13 | J | | |
| 32. | | | | | Buy (add'l) | 09/20/13 | J | | |
| 33. -Aston/Montag & Caldwell Growth Fund | | | | | Buy | 05/08/13 | J | | |
| 34. -AQR Funds Diversified Arbitrage Fund Class I | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Artisan Fds Inc Mid Cap Value Fd Inv Shs | | | | | Sold (part) | 11/20/13 | J | A | See note in Part VIII. |
| 36. -Davis New York Venture Class Y | | | | | Buy | 09/17/13 | J | | |
| 37. -Doubleline Funds Tr Total Return Bond Fund | | | | | | | | | |
| 38. -Eaton Vance Municipals Tr National Municipal Income Fund | | | | | Sold (part) | 05/20/13 | J | A | See note in Part VIII. |
| 39. -Forward Funds Global Infrastructure Fund Instl Cl | | | | | Sold | 08/21/13 | J | A | See note in Part VIII. |
| 40. -The Hartford Capital Apprciation Fd Cl I | | | | | Buy | 08/21/13 | J | | |
| 41. -Hotchkis & Wiley Funds High Yield Fund Class A | | | | | | | | | |
| 42. -JPMorgan Trust Strategic Income Opptys Fund | | | | | Buy (add'l) | 09/17/13 | J | | |
| 43. -MFS Research Fund Class I | | | | | Buy | 03/15/13 | J | | |
| 44. -Pimco Funds Total Return Fund | | | | | Sold | 09/17/13 | J | | See note in Part VIII. |
| 45. -RS Investment Trust Global Natural Resources Fund | | | | | Sold | 03/15/13 | J | A | See note in Part VIII. |
| 46. -Turner Funds Spectrum Fund | | | | | Sold | 05/08/13 | J | A | See note in Part VIII. |
| 47. -Virtus Emerging Markets Opportunities Cl I | | | | | Sold | 06/21/13 | J | A | See note in Part VIII. |
| 48. -Wells Fargo Advantage Diversified Cap Builder Instl Cl | | | | | Sold (part) | 05/20/13 | J | A | See note in Part VIII. |
| 49. -Western Asset Fds Inc Core Plus Bd Port | | | | | | | | | |
| 50. Commercial Rental Property #1, Wheeling, WV (2010 $82,825) | D | Rent | L | R | | | | | |
| 51. Gas royalty interest, Lewis County, WV | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note A -
Parcel 1 is located in Wheeling, WV.
Parcel 2 is located in Valley Grove, WV.
This is a piece of ▓▓▓▓▓▓▓ real estate.

Note B-
▓▓▓▓▓ switched financial advisors for ▓▓ SEP IRA late in 2013.
The holdings were transferred from LPL Financial to Summit Brokerage Services Inc.
This return is being amended to show the tranaction activity for the holdings prior to the transfer.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **James E. Seibert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544